

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00046-CR

CHARLES ROBERT MAYFIELD, SR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th District Court
Gregg County, Texas
Trial Court No. 50901-B

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

In Gregg County, Charles Robert Mayfield, Sr., waived a jury trial and entered an open plea to obstruction or retaliation. *See* TEX. PENAL CODE ANN. § 36.06(c). After pleading true to one enhancement paragraph, the trial court sentenced Mayfield to twelve years' imprisonment. On appeal, Mayfield claims the trial court erred by imposing duplicative court costs and fees in this case and in his companion cause number 06-24-00045-CR.[1] For the reasons provided in the opinion in Mayfield's companion cause number 06-24-00045-CR, we sustain this point of error. We find the duplicative costs should be struck in this cause number. In the judgment, the "Court Costs: $290.00" should be modified to "Court Costs: $0."

As modified, we affirm the trial court's judgment.


Jeff Rambin
Justice

Date Submitted:     August 30, 2024
Date Decided:       September 27, 2024

Do Not Publish

---

[1]We address Mayfield's companion cause number 06-24-00045-CR in a separate opinion.

2